

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARMING SHOPPES INC., <br><br> Plaintiff, <br><br> -against- <br><br> CRESCENDO PARTNERS II, L.P., CRESCENDO INVESTMENTS II, LLC, CRESCENDO PARTNERS III, L.P., CRESCENDO INVESTMENTS III, LLC, MYCA PARTNERS, INC., MYCA MASTER FUND, LTD., ARNAUD AJDLER, ERIC ROSENFELD, and ROBERT FRANKFURT, <br><br> Defendants. | Civil Action No. 08-cv-01156 <br><br> Hon. Anita B. Brody <br><br> **STIPULATION OF DISMISSAL** |



It is hereby stipulated and agreed that the above-entitled action be discontinued and dismissed with prejudice and without costs to either party.

Dated: May 21, 2008

By: _____
Gregory A. Markel
Martin L. Seidel
CADWALADER, WICKERSHAM
& TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

Wilson M. Brown, III (Pa. Bar No. 25846)
Riley H. Ross, III (Pa. Bar No. 204676)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
Tel: (215) 988-2700
Fax: (215) 988-2757

*Counsel for Plaintiff*
*Charming Shoppes Inc.*

By: *Thomas J. Fleming* /mls
Thomas J. Fleming
Jeffrey A. Udell
OLSHAN GRUNDMAN FROME
   ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY  10022

*Counsel for Defendants Crescendo Partners II, L.P., Crescendo Investments II, LLC, Crescendo Partners III, L.P., Crescendo Investments III, LLC, Arnaud Ajdler and Eric Rosenfeld*

By: *Eric R. Delinsky* /mls
Eric R. Delinsky
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036

*Counsel for Defendants Myca Partners, Inc., Myca Master Fund, Ltd., and Robert Frankfurt*

_____
Anita B. Brody, J

5/23/08
Date

Copies via ECF on ___ to: Copies via US Mail on ___ to: